# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**RODERICK GILBRIDE,**

    Plaintiff,

vs.                                                  CASE NO. 1:08CV48-MP/AK

**MICHAEL J. ASTRUE,**

    Defendants.

_____/

## O R D E R

Presently before the Court is Defendant's Motion for Enlargement of Time to respond to Plaintiff's memorandum. (Doc. 15). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have through **October 22, 2008**, to file a responsive memorandum.

**DONE AND ORDERED** this _22nd_ day of September, 2008.

                                                *s/ A. KORNBLUM*
                                                **ALLAN KORNBLUM**
                                                **UNITED STATES MAGISTRATE JUDGE**